UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                 Plaintiff,

                                                                                <u>ORDER</u>

                                                                                03-CR-6082L

                              v.

PABLO FIGUEROA,

                                 Defendant.
_____

    By letter dated July 27, 2007, defendant requested early termination of the three-year supervised term imposed when I sentenced Mr. Figueroa in November 2003. By letter dated July 31, 2007, the Government stated that it did not oppose the request. Therefore, defendant's motion is granted.

CONCLUSION

    The three-year term of supervised release imposed on November 25, 2003 is terminated as of the entry of this order.

    IT IS SO ORDERED.

                                                                         DAVID G. LARIMER
                                                                United States District Judge

Dated: Rochester, New York
       August 3, 2007.